(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

## Western District of New York

**25 CV 221**

Michial Foster

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Dept of the Treasury

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Regional Financial Center
P.O. Box 603  Bensalem PA 19020

Case No. _____

*(to be filled in by the Clerk's Office)*

JURY TRIAL:  Yes___  No ✓

UNITED STATES DISTRICT COURT
FILED
MAR 1 2 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
All other names by which you have been known:

Michial Foster

ID Number    08A6033    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 Soc Ser. No#
Current Institution    Wende Correctional Facility
Address    Wende Rd. P.O. Box 1187

Alden    N.Y.    14004
City    State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name    Nina Bolin Operation Mgr. 1
Job or Title *(if known)*    Def Manger
Shield Number
Employer    Interal Revenue Service
Address    Dept of the Treasury   Interal Revenue Service

Fresno    CA.    93888
City    State    Zip Code
☐ Individual capacity    ☑ Official capacity

Defendant No. 2
Name    Ursula Dean
Job or Title *(if known)*    Operations Mgner. Opeat 2
Shield Number
Employer    Dept of the Treasury   Interal Revenue Service
Address

Fresno Fresno    CA    93888
City    State    Zip Code
☐ Individual capacity    ☑ Official capacity

(Rev. 03/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name — *Kathleen Kenny*

Job or Title *(if known)* — *Account Manager*

Shield Number

Employer — *Dept of the Treasury Internal Revenue Service*

Address — *ES 1040 ~~Watterly~~ Waverly Ave*

*Holtville*          *N.V.*    *00544*
City          State    Zip Code

[ ] Individual capacity    [✓] Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

_____ _____ _____
City          State    Zip Code

[ ] Individual capacity    [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*See Exhibits B*

*Sending my # ~~1800~~ # 3,600 00 to unknown account*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See exhibit B

They knew that they sent checks to someone else.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☑    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Internal Revenue Service
Fresno, CA,              4/15/2020

**B.**    If the events giving rise to your claim arose in an institution, describe where and when they arose.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

3/2/2023 / Sept 19, 2022   Dec 7, 2022   Feb 26, 2025

D.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

_____

_____

_____

_____

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_____

_____

_____

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

My Money sent to me $3,600⁰⁰ plus interest

See exhibit B

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Auben Corr. Fac    Elmira. Corr. Fac._

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No    NoT for this

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes    Sent letter to these people; Internal Revenue Service

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.**   If you did file a grievance:

1.   Where did you file the grievance?

    Interal Revenue Service Fresno, CA. ~~98889~~ 93888

2.   What did you claim in your grievance?

    That I wanted my Check sent to me

3.   What was the result, if any?    See exhibit B

    Interal Revenue Kept sending letters asking for 60 more day

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

    Kept writing them back, about that they sent the money
    To an unknown account that was not mine

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

I Did

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**A.**  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

**B.**  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☑ Yes
   ☐ No
   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

You have to remember that I am an ~~am~~ inmate. In New York State. New York State Dept of Correction does not allow inmates to have a bank account

When the Interal Revenue Service Told that they sent my clecks to the Northern Credit Union in Watertown, Ny, I asked why, because they had my address which was at Auburn Corr. Fac in New York.

And I asked who signed the Clecks. As you can see in Exhibits that a person named Nancy Booking did.

I have been requesting my money sent to me since 2021 and all I get is I need 60s more day. from the Interal Revenue Service. Had the IRS sent me over 100 letters requesting the same thing

Just look at the Exhibits Sent with this.

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/4/2025

Signature of Plaintiff        Michial Foster

Printed Name of Plaintiff     Michial Foster

Prison Identification #       08A6033

Prison Address        Wende Corr. Fac    Wende Rd    P.O. Box 1187

Alden                        N Y        14004

           *City*        *State*        *Zip Code*

### B.    For Attorneys

Date of signing: _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number        _____

Name of Law Firm        _____

Address        _____

           *City*        *State*        *Zip Code*

Telephone Number        _____

E-mail Address        _____

VERIFICATION

STATE OF NEW YORK  )ss:

COUNTY OF

_Michial Foster_____, being duly sworn, deposes and says the

s/he has read the foregoing Petition and knows the contents thereof, that the

same is true to his/her knowledge, except as to the matter therein stated to be

alleged on information and belief and that as to those matters, s/he believes

them to be true.

_____

PETITIONER

SWORN TO BEFORE ME THIS

_____ day of _____,_____

_____

NOTARY PUBLIC

# Exhibit B

**IRS** Department of the Treasury
**Internal Revenue Service**

FRESNO    CA   93888-0025

In reply refer to:  1033398509
Mar. 02, 2023    LTR 129C    1
***-**-8772   202012 30
                       00005282
                    BODC: WI

MICHIAL E FOSTER
08A6033
PO BOX 500
ELMIRA   NY   14902-0500


           Taxpayer identification number:  ***-**-8772
                       Tax Periods:  Dec. 31, 2020

                       Form:  1040

Dear Taxpayer:

We are responding to your inquiry dated Aug. 10, 2022.

On Apr. 15, 2020, we deposited your refund of $2,400.00 into
account number 6069296601108 at Northern Credit Union, as
requested. If you have questions about this refund, contact your
financial institution.

Our records also show on Jan. 4, 2021, your refund of $1,200.00, was
deposited directly into account number 6069296601108 at Northern
Credit Union, the same account as you requested on your 2019 tax
return Form 1040. If you are having an issue with that account number
shown on your return, you must contact the financial institution to
resolve the erroneous deposit.

The Internal Revenue Service does not have the authority to demand the
return of the refund from the designated financial institution because
the refund deposit went into the account listed on your tax return. We
have attached the information we received from the financial
institution for your records.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

You can get any of the forms or publications mentioned in this letter
by calling 800-TAX-FORM (800-829-3676) or visiting our website at
www.irs.gov/formspubs.

When you write, include a copy of this letter, and write your
telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____  Hours_____

Keep a copy of this letter for your records.

```
                                        1033398509
                      Mar. 02, 2023   LTR 129C   1
                      ***-**-8772   202012 30
                                        00005283
```

MICHIAL E FOSTER
08A6033
PO BOX 500
ELMIRA  NY  14902-0500

Thank you for your cooperation.

                        Sincerely yours,

                        NINA BOLIN
                        OPERATIONS MANAGER, OPERATIONS 1

Enclosures:
Copy of this letter
Envelope
F1501

AUSTIN   TX   73301-0060

```
                                     In reply refer to:  1178167371
                                     Sep. 19, 2022  LTR 5064C    0
                                     ***-**-8772  202012 30
                                     Input Op:  1187167371 00062464
                                                            BODC: WI
```

MICHIAL E FOSTER
08A6033
PO BOX 500
ELMIRA  NY  14902

005733

```
       Taxpayer identification number:   ***-**-8772
                          Tax years:  Dec. 31, 2020
                                      Dec. 31, 2019
```

Form:  14039

Dear Michial E Foster: :

### WHY WE ARE SENDING YOU THIS LETTER

We received your identity theft claim dated Aug. 15, 2022. We know
identity theft can affect you in many ways and we're committed to
resolving your tax-related identity theft issues.

On your Form 14039, you stated that your divorce was finalized in
December 2019.  Please provide us with a signed and dated copy of your
divorce decree.  Please keep in mind that all married filing joint
returns received before the date of the dissolution of the marriage
will be considered to be valid.

We have issued to you the following Economic Impact Payments (EIPs):
EIP 1 of $2,400.00 on April 15, 2020, by direct deposit, EIP 2 of
$1,200.00 on January 4, 2021, by direct deposit, and EIP 3 of
$1,400.00 on March 26, 2021, by mail.  The first two EIPs were
deposited into the bank account shown on the 2019 Married Filing Joint
tax return.

### WHAT WE ARE DOING NOW

We won't take any action on your case during the time period provided
below to allow time for you to submit the requested information.

### WHAT YOU NEED TO DO NOW

We don't initiate contact with taxpayers by email, text messages or
social media channels to request personal or financial information.
This includes requests for PIN numbers, passwords or similar access
information for credit cards, banks, or other financial accounts. For
additional information visit www.irs.gov/phishing.

If the returns we have on file are not yours, and you're required to
file for the above periods, please send us signed copies of your

**IRS** Department of the Treasury
Internal Revenue Service

1040 Waverly Avenue
Holtsville  NY  00544

In reply refer to:  0136519613
Dec. 07, 2022   LTR 129C    1
***-**-8772  202012 30
                    00002174
BODC: WI

```
_____
_____  MICHIAL E FOSTER
_____  08A6033
         PO BOX 500
_____  ELMIRA  NY  14902-0500
```

Taxpayer identification number:  ***-**-8772
                Tax Periods:  Dec. 31, 2020

Form:  1040

Dear Taxpayer:

We are responding to your inquiry dated Mar. 17, 2022.

On Apr. 15, 2020, we deposited your refund of $2,400.00 into
account number 6069296601108 at Northern Credit Union, as
requested. If you have questions about this refund, contact your
financial institution.

You may contact the bank at (315) 779-3150.  A copy of the Form 150.1
is enclosed for your convenience.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

You can get any of the forms or publications mentioned in this letter
by calling 800-TAX-FORM (800-829-3676) or visiting our website at
www.irs.gov/formspubs.

When you write, include a copy of this letter, and write your
telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____  Hours_____

Keep a copy of this letter for your records.

Thank you for your cooperation.

```
                                                 0136519613
                              Dec. 07, 2022    LTR 129C    1
                              ***-**-8772   202012 30
                                                   00002175
```

MICHIAL E FOSTER
08A6033
PO BOX 500
ELMIRA  NY  14902-0500


                              Sincerely yours,


                              *Kathleen A Kenny*

                              Kathleen Kenny, Dept. Mgr.
                              Accounts Management


Enclosures:
Copy of this letter
Form 150.1

 **IRS** Department of the Treasury
Internal Revenue Service

FRESNO   CA  93888-0025

```
In reply refer to:  1039178289
Feb. 26, 2025   LTR 707C   0
***-**-8772  202012 30
                      00011455
BODC: WI
```



MICHIAL E FOSTER
08A6033
PO BOX 1187
ALDEN  NY  14004

044380

```
Taxpayer identification number:  ***-**-8772
              Tax periods:  Dec. 31, 2020

              Form:  1040
```

Dear Taxpayer:

Thank you for the inquiry of Jan. 21, 2025.

We understand your concern about your refund check. In processing
the above form, we discovered a problem which caused a delay.

Your account shows an overpayment of $1,800.00.

We have notified the appropriate function for resolution. Please allow
60 days for a response.

If you have questions, you can call us at 800-829-0922.

If you prefer, you can write to the return address at the top of this
letter.

If you are out of the country and need assistance, please call us at
+1-267-941-1000. Please note, this is not a toll-free number.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (    )_____  Hours_____

We apologize for any inconvenience the delay may have caused you, and
thank you for your cooperation.

```
                                              1039178289
                            Feb. 26, 2025   LTR 707C   0
                            ***-**-8772   202012 30
                                              00011456
```

MICHIAL E FOSTER
08A6033
PO BOX 1187
ALDEN  NY  14004



                              Sincerely yours,



                              D. GONZALES
                              OPERATIONS MANAGER, OPERATIONS 1


Enclosures:
Copy of this letter

**IRS** Department of the Treasury
Internal Revenue Service

FRESNO    CA    93888-0025

In reply refer to:  1042000000
Feb. 20, 2025  LTR 2645C  K0
***-**-8772  202412 30
Input Op:  0309929253 00015418
                      BODC: WI

MICHIAL E FOSTER
08A6033
PO BOX 1187
ALDEN  NY  14004-1187



012903

            Taxpayer identification number: ***-**-8772
                      Tax periods: Dec. 31, 2024

                            Form: 1040

Dear Taxpayer:

Thank you for your inquiry of Jan. 17, 2025.

We're working on your account. However, we need an additional 60
days to send you a complete response on what action we are taking
on your account. We don't need any further information from you right
now.


If you prefer, you can write to that office at the address we
provided in this letter.

If you have questions, you can call 1-800-829-0922.

If you prefer, you can write to the address at the top of the first
page of this letter.

Find tax forms or publications by visiting IRS.gov/forms or calling
800-TAX-FORM (800-829-3676).

Whenever you write, include a copy of this letter and your telephone
numbers along with the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

```
                                        1042000000
                        Feb. 20, 2025  LTR 2645C  K0
                        ***-**-8772  202412 30
                        Input Op:  0309929253 00015419
```

MICHIAL E FOSTER
08A6033
PO BOX 1187
ALDEN  NY  14004-1187



                              Sincerely yours,



                                   U. Dean
                              U. DEAN
                              OPERATIONS MANAGER, OPERATIONS 2

 Department of the Treasury
Internal Revenue Service

FRESNO    CA    93888-0025

In reply refer to:  1042000000
Dec. 10, 2024  LTR 2645C  K0
***-**-8772  202012 30
Input Op:  0309927049 00016303
                        BODC: WI



MICHIAL E FOSTER
08A6033
PO BOX 1187
ALDEN  NY  14004-1187

009092

         Taxpayer identification number: ***-**-8772
                    Tax periods: Dec. 31, 2020

                        Form: 1040

Dear Taxpayer:

Thank you for your inquiry of Oct. 30, 2024.

We're working on your account. However, we need an additional 60
days to send you a complete response on what action we are taking
on your account. We don't need any further information from you right
now.


If you prefer, you can write to that office at the address we
provided in this letter.

If you have questions, you can call 1-800-829-0922.

If you prefer, you can write to the address at the top of the first
page of this letter.

Find tax forms or publications by visiting IRS.gov/forms or calling
800-TAX-FORM (800-829-3676).

Whenever you write, include a copy of this letter and your telephone
numbers along with the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

```
                                            1042000000
                    Dec. 10, 2024  LTR 2645C  KO
                    ***-**-8772  202012 30
                    Input Op:  0309927049 00016304
```

MICHIAL E FOSTER
08A6033
PO BOX 1187
ALDEN  NY  14004-1187


Sincerely yours,


Ursula S. Dean

URSULA DEAN
OPERATIONS MANAGER, OPERATIONS 2



### DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
REGIONAL FINANCIAL CENTER
PO Box 603
Bensalem, PA 19020-9921

## DIRECT DEPOSIT COORDINATOR
NORTHERN CREDIT UNION
120 FACTORY STREET
WATERTOWN, NY 13601-1958

DATE OF
10/24
☐ SECON

DATE OF
06/10

Dear Financial Organization Representative:
One of your customers has filed a claim for non-receipt stating that their direct deposit payment has not been credited
authorized the payment indicated below to be sent to your financial organization through Treasury's Direct Deposit P

TRACE NO.
11173694-5034303

PAYMENT DATE
04/15/2020

RECEIVING FINANCIAL ORGANIZATION ROUTING NO.
221380936

TYPE OF PAYMENT
IRS

INDIVIDUAL (CUSTOMER'S NAME)
MICHIAL E FOSTER

AMOUNT
$2,400.00

DEPOSITOR'S ACCOUNT NO.
6069296601108

TYPE OF ACCOUNT
C

DISCRETIONARY CODE
20090800

PREFIX INDIVIDUAL ID (Customer's Claim No.) SUFFIX
069488772

Treasury's records show that the payment was authorized and sent to your financial organization through the Federal
Please research your records, mark the block in the Financial Organization Action Section below that describes the ac
organization, sign the financial center copy and return within 3 days to:

DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
PO BOX 51318
PHILADELPHIA, PA
19115

VONA S I

Director, Regiona

FINANCIAL ORGANIZATION ACTION
☐ The payment described above was credited to the customer's account on (Date) _____
   The customer's copy of this form was completed and forwarded to the customer on (Date) _____
☐ We received the payment listed above. The payment was returned to the federal reserve on (Date) _____
☐ We have the payment listed above but cannot post it. We are returning the payment to the Federal Reserve on (Date
☒ Account owner's name(s) does not match the above stated individual. Action being taken (Check Box Below):
   ☐ Returning the funds through ACH per Reason Code R06
   ☐ Returning the funds by an Official Bank Check
   ☐ Funds are not available for Return
   Note: Please provide the account holder information for the customer who received the payment. (This information is being
   The Authority of 12 USC 3413 (k) - Disclosure Necessary For Proper Administration Of Programs Of Certain Government s

Account Owner Information: Name: *Nancy Ann Booking*    Address: _____

SSN: _____

**Privacy Act and Paperwork Reduction Act Notices**
This information is provided in compliance with the Privacy Act of 1974 (PL. 93-5791) All requested information is mandatory by authority of USC 301, 31 USC 391, and 31 CFR Part 210. This information will be used to determine if payments are being credited properly by financial organizations. Failure to provide the requested information may delay or prevent the settlement of claims for non-receipt of payment to organizations through the Direct Deposit Program.

The estimate average burden associated with this collection is 8 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to the Bureau of the Fiscal Service, Forms Management Officer, Parkersburg, WV 26106-1328. DO NOT SEND completed form to the above address; send to the address shown in the instructions.

SIGN
TITL
DATI

**FS Form 150.1**
Revised August 2016

FINANCIAL ORGANIZATION COPY



**DEPARTMENT OF THE TREASURY**
BUREAU OF THE FISCAL SERVICE
REGIONAL FINANCIAL CENTER
PO Box 603
Bensalem, PA 19020-9921

**DIRECT DEPOSIT COORDINATOR**
NORTHERN CREDIT UNION
120 FACTORY STREET
WATERTOWN, NY 13601-1958

DATE OF
__02/1__
☐ SECON

DATE O

Dear Financial Organization Representative:
One of your customers has filed a claim for non-receipt stating that their direct deposit payment has not been credite
i authorized the payment indicated below to be sent to your financial organization through Treasury's Direct Deposit

| TRACE NO. | PAYMENT DATE |
|---|---|
| 11173620-9138986 | 01/04/2021 |
| RECEIVING FINANCIAL ORGANIZATION ROUTING NO. | TYPE OF PAYMENT |
| 221380936 | IRS |
| INDIVIDUAL (CUSTOMER'S NAME) | AMOUNT |
| MICHIAL E FOSTER | $1,200.00 |
| DEPOSITOR'S ACCOUNT NO.        TYPE OF ACCOUNT | DISCRETIONARY CODE |
| 6069296601108                 C | 20090800 |

PREFIX INDIVIDUAL ID *(Customer's Claim No.)* SUFFIX
069488772

Treasury's records show that the payment was authorized and sent to your financial organization through the Federal
Please research your records, mark the block in the Financial Organization Action Section below that describes the a
organization, sign the financial center copy and return within 3 days to:

DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
PHILADELPHIA FINANCIAL CENTER          **VONA S**
POST OFFICE BOX 603                    *Director, Region*
BENSALEM, PA 19020-9921

FINANCIAL ORGANIZATION ACTION
☒ The payment described above was credited to the customer's account on *(Date)* __1/4/21__
☐ The customer's copy of this form was completed and forwarded to the customer on *(Date)* _____
☐ We received the payment listed above. The payment was returned to the federal reserve on *(Date)* _____
☐ We have the payment listed above but cannot post it. We are returning the payment to the Federal Reserve on *(Dat*
☐ Account owner's name(s) does not match the above stated individual. Action being taken *(Check Box Below)*:
    ☐ Returning the funds through ACH per Reason Code R06
    ☐ Returning the funds by an Official Bank Check
    ☐ Funds are not available for Return
    Note: *Please provide the account holder information for the customer who received the payment. (This information is bein*
    *The Authority of 12 USC 3413 (k) - Disclosure Necessary For Proper Administration Of Programs Of Certain Government.*

Account Owner Information: Name: *Nancy Booking* _____ Address: _____

SSN: _____

**Privacy Act and Paperwork Reduction Act Notices**
This information is provided in compliance with the Privacy Act of 1974 (PL. 93-5791) All requested information is mandatory by
authority of USC 301, 31 USC 391, and 31 CFR Part 210. This information will be used to determine if payments are being credited
properly by financial organizations. Failure to provide the requested information may delay or prevent the settlement of claims for
non-receipt of payment to organizations through the Direct Deposit Program.

The estimate average burden associated with this collection is 8 minutes per respondent or recordkeeper, depending on individual
circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be
directed to the Bureau of the Fiscal Service, Forms Management Officer, Parkersburg, WV 26106-1328. DO NOT SEND completed
form to the above address; send to the address shown in the instructions.

SIGN
OV
TITI
DAT

**FS Form 150.1**                          **FINANCIAL ORGANIZATION COPY**
Revised August 2018

| Form **3911** (January 2018) | Department of the Treasury - Internal Revenue Service **EIP** | OMB Number 1545-1384 |
|---|---|---|
| | **Taxpayer Statement Regarding Refund** | |

**The box checked below is in reply to your inquiry on** _____ **about your Federal tax return for** 2020
**We sent you the following refund(s) $** _____ , $ _____ , $ _____ **on** _____

☐ **Check**   ☐ **Direct Deposit**
☐ The U.S. Postal Service returned your check because they could not deliver it.
☐ Your check was not cashed within one year of the issue date as the law requires and it can no longer be cashed.
▶ If we indicated above that your check was returned by the Post Office or not cashed within one year of the issue date, please complete Sections I and III of this form and send it back to us in the enclosed envelope or facsimile form to _____
We will send you a new check within six weeks of the date we receive this form.
☐ If you did not receive the refund check, or if you received your check and it was lost, stolen or destroyed, please complete Sections I, II and III. Send this form back to us in the enclosed envelope or facsimile form to _____
▶ If you don't hear from us by six weeks from the date you send the form back to us, please contact us at _____
If you prefer, you may write to us at the service center where you filed your return.

| **Section I** | Print your current name(s), taxpayer identification number (for individuals, this is your social security number, for businesses, it is your employer identification number) and address, including ZIP code. If you filed a joint return, show the names of both spouses on lines 1 and 2 below. |
|---|---|

**1. Your name**  Michial Foster      08A6033

Taxpayer Identification Number
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

**2. Spouse's name** (if a name is entered here, spouse must sign on line 14)

Taxpayer Identification Number

**3. Street**  P.O. Box 500 Elmira Correctional Facility    **Apt. No.**    **City** Elmira    **State** NY    **ZIP code** 14902

▶ Please give us a phone number where you can be reached between 8 a.m. and 4 p.m. Include area code.   ▶   **Area code**    **Telephone number**

▶ If any of the above has changed since you filed your tax return, please enter the information below exactly as shown on your return.

**4. Name(s)**

Taxpayer Identification Number(s)

**Street**    **Apt. No.**    **City**    **State**    **ZIP code**

▶ If you have filed a power of attorney authorizing a representative to receive your refund check, please enter his or her name and mailing address below.

**5. Name of representative**

**6. Address** (include ZIP code)

**7. Type of return**  ☑ Individual  ☐ Business, Form _____  ☐ Other _____      **Tax period** 2020
**Type of refund requested**  ☑ Check  ☐ Direct Deposit  **Amount** $ 1,800 ⁰⁰      **Date filed** OCT 15, 2020

| **Section II** | **Refund Information** (Please check all boxes that apply to you.) |
|---|---|

**8.** ☑ I didn't receive a refund.   ☑ I received a refund check, but it was lost, stolen or destroyed.

**9.** ☐ I received the refund check and signed it.
NOTE: The law doesn't allow us to issue a replacement check if you endorsed it and someone other than you cashed the check, since that person didn't forge your signature.

**10.** ☐ I have received correspondence about the tax return. (Please attach a copy if possible.)
**(Please give us the following information if possible.)**

**11.** ☐ Name of bank and account number where you normally cash or deposit your checks
Bank _____ NONE _____    Account number _____ NONE _____

**12. a.** If the refund was a direct deposit, did you receive a "Refund Anticipation Loan"?  ☐ Yes  ☑ No
_____ , and account number(s)
**b.** Enter the Routing Transit Number(s) _____ , shown on your return for the refund you did not receive.

Catalog Number 41167W    www.irs.gov    Form **3911** (Rev. 1-2018)
*(Continued on back)*

Page 2

## Section III                    Certification

▶ Please sign below, exactly as you signed the return. If this refund was from a joint return, we need the signatures of both spouses before we can trace it.

Under penalties of perjury, I declare that I have examined this form, and to the best of my knowledge and belief, the information is true, correct, and complete. I request that you send a replacement refund, and if I receive two refunds I will return one.

| 13. Signature (For business returns, signature of person authorized to sign the check) | Date |
|---|---|
| Michial Foster  08A6033 | Sept 11, 2023 |
| 14. Spouse's signature, if required (For businesses, enter the title of the person who signed above.) | Date |

## Section IV          Description of Check
(For Internal Revenue Service use only)

| Schedule number | Refund Date | Amount | Other (DLN, Check/Symbol, etc.) |
|---|---|---|---|
| Schedule number | Refund Date | Amount | Other (DLN, Check/Symbol, etc.) |
| Schedule number | Refund Date | Amount | Other (DLN, Check/Symbol, etc.) |

### Privacy Act and Paperwork Reduction Act Notice

We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You aren't required to give us the information since the refund you claimed has already been issued. However, without the information we won't be able to trace your refund, and may be unable to replace it. You may give us the information we need in a letter.

We need the information to ensure that you are complying with these laws and to allow us to determine the correctness of your refund or the right amount of payment. Your Social Security Number and the other information are being requested in order that the Department of the Treasury can process your refund. The authority of requesting your social security number is 26 United States Code, section 6109. If you cannot or will not furnish the information, the tracing of your refund may be delayed.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or record relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103. The time needed to compete and file this form will vary depending on individual circumstances. The estimated average time is less than 5 minutes.

If you have comments concerning the accuracy of this time estimate or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Attention: Tax Products Coordinating Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001.

Do not send this form to this office. Instead, please use the envelope provided or mail the form to the Internal Revenue Service center where you would normally file a paper tax return.

My Checks were sent to Northern Credit Union
120 Factory st.
Watertown N.Y. 13601

They were sent to a Nancy Booking account 606929660l108
I did not authorize this. I can not have an account because NYS Corrections does not allow it. Ms Booking was not authorize to recieve my EIP money We were divorce was finelize in 2019. I Never recieve a copy of the paper work, I have been incarcerated since 2007.
Ms Booking file at 1040 that was illegal with my name on it.